UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

AUDRAIN JONES,

    Plaintiff,

v.                                    CAUSE NO. 3:24-CV-600-CCB-MGG

INDIANA DEPARTMENT OF
CORRECTION, et al.,

    Defendants.

## OPINION AND ORDER

Audrain Jones, a prisoner without a lawyer, filed a lawsuit in the LaPorte Circuit Court. *Jones v. Indiana Dept. of Corr.*, Cause No. 46C01-2305-CT-000901. Because the complaint asserts federal claims, the defendants removed it to this court. ECF 1; ECF 3. The complaint was deficient, and the court explained (ECF 5) that usually, Jones would be permitted to address the deficiencies. However, Jones is restricted from filing in this court. *See Jones v. Carter*, 3:23-CV-208-JD-MGG (order dated March 15, 2023). The court's order, consistent with *Support Sys. Int'l v. Mack*, 45 F.3d 185, 186 (7th Cir. 1995), directed the clerk to:

> return, unfiled, any papers filed in any civil case by or on behalf of Jones (except for a notice of appeal in this case and documents related to that appeal, or documents filed in a habeas corpus proceeding) until he has paid in full all outstanding fees and sanctions in all civil actions in any federal court[.]

The court further explained that, although Jones was permitted to file the initial complaint in state court, the restrictions he is subject to prevent him from prosecuting

his case in this court by filing an amended complaint. ECF 5. In *Matter of Skupniewitz*, 73 F.3d 702, 706 (7th Cir. 1996), the Seventh Circuit held that, where a plaintiff is subject to a filing ban such as this, he may "file a response to any motion made by the defendants which could result in a final judgment" but the ban "clearly prohibits [the plaintiff] from initiating complaints, petitions, or motions until he complies with the court's sanction order."

Jones cannot proceed without amending his complaint, and he cannot amend his complaint unless he has paid in full all outstanding fees and sanctions in all civil actions in any federal court and the restriction is lifted. Jones was given until September 20, 2024, to pay all federal filing fees and have the restriction removed. ECF 5. He was cautioned that, if he did not pay his fees, have his restrictions removed, and file an amended complaint, then his federal claims would be dismissed without prejudice and any state law claims would be remanded to the state court. Jones has not paid his outstanding fees and sanctions, had the restriction lifted, or filed an amended complaint.

For these reasons, the court DISMISSES Audrain Jones' federal claims without prejudice and REMANDS Audrain Jones' state claims to the LaPorte Circuit Court.

SO ORDERED on October 3, 2024

s/ Cristal C. Brisco
JUDGE
UNITED STATES DISTRICT COURT

2